**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 24, 2019

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: OCT 2 5 2019

**BY ECF**
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Rondel Brandon*, 19 Cr. 644 (GBD)

Dear Judge Daniels:

The Court has rescheduled the next conference in this matter from October 24, 2019, to November 5, 2019. The Government requests, with the consent of the defendant, that the Court exclude time from October 24, 2019, to November 5, 2019, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), so that the parties can continue their discussions about a pretrial resolution of this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: *Michael R. Herman*
Michael R. Herman
Assistant United States Attorney
(212) 637-2221