UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

RONDEL BRANDON,

Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 4 2020

ORDER

19 Cr. 644-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

Upon the application of Defendant Rondel Brandon for temporary release from custody during the current COVID-19 pandemic pursuant to 18 U.S.C. § 3142(a), (ECF Nos. 17, 21), and the Government's opposition thereto, (ECF Nos. 19, 22), IT IS HEREBY ORDERED:

1. This Court's decision in this case is based on the unique confluence of serious health issues and other risk factors facing Defendant, which place him at a substantially heightened risk of developing dangerous complications should he contract COVID-19 as compared to most other individuals. Accordingly, this Order should not be construed as a determination by this Court that pretrial detention is unsafe or otherwise inappropriate as a general matter or in any other specific case.

2. Pursuant to 18 U.S.C. § 3142(i), this Court concludes that compelling reasons exist for temporary release of Defendant from custody during the current public health crisis. Accordingly, Defendant's application is GRANTED with the following conditions:

    a. Defendant is released on his own recognizance;

    b. GPS ankle bracelet to be enforced;

    c. Pretrial Services supervision as directed by Pretrial Services Office;

d. Surrender all passports and other travel documents and make no applications for new or replacement documents;

   e. Drug testing as directed by the Pretrial Services Office;

   f. Defendant shall not possess a firearm, destructive device, or other weapon; and

   g. Defendant shall not use or possess any narcotic drug or controlled substance unless prescribed by a licensed medical practitioner.

3. Pretrial Services Office is directed to immediately alert this Court, the Government, and defense counsel of any violation of the above conditions, without need for a formal violation petition. Defendant is hereby notified that violation of the conditions of release will likely result in revocation of his release.

4. Accordingly, the sentencing scheduled for March 31, 2020 is adjourned to June 2, 2020 at 10:00 a.m.

Dated: New York, New York
March 24, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge