# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 27 2020

July 27, 2020

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

The sentencing scheduled for August 4, 2020 is adjourned to September 15, 2020 at 10:00 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

JUL 27 2020

Re: **United States v. Rondel Brandon**
    **19 CR 644 (GBD)**

Dear Judge Daniels:

I write, with the consent of the government, to request an adjournment of the sentencing hearing currently scheduled for August 4, 2020 at 10am. The request is made for several reasons. The first is that counsel is not able appear for court in person at this time due to both health and child care concerns. Additionally, Mr. Brandon also has concerns about physically appearing in Court due to health issues. Lastly, I do not believe that the requirements of the CARES Act can be met in order to allow a remote sentencing in this particular case.

Respectfully submitted,

/s/
Jennifer E. Willis, Esq.
Assistant Federal Defender

Cc:   AUSA Michael Ross Herman