

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :   19CR644
      -against-                     :   ORDER
                              :
Rondel Brandon
                                    :
            Defendant
                                    :
------------------------------------X

Honorable George B. Daniels, United States District Judge:

ORDERED that the defendant's bail be modified to include mental
health evaluation/treatment as directed by Pretrial Services.


      Dated: New York, New York
             August____, 2020
                 IAUG 1 0 2020


                              SO ORDERED:

                              _George B. Daniels_
                              Honorable George B. Daniels
                              United States District Judge